# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: AIT TRUCKING CORP.                  §    Case No. 809-77668
                                           §
                                           §
_____    §
Debtor(s)                                  §
_____

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH KIRSCHENBAUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00                    Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $580,096.25     Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $205,331.58

3)  Total gross receipts of $  785,427.83  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $785,427.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,911,874.86 | $2,234,813.58 | $530,853.83 | $530,853.83 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 157,011.14 | 157,011.14 | 157,011.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5** ) | 0.00 | 48,320.44 | 48,320.44 | 48,320.44 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6** ) | 0.00 | 6,598.90 | 4,077.39 | 4,077.39 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 691,982.01 | 281,025.94 | 263,037.83 | 45,165.03 |
| **TOTAL DISBURSEMENTS** | $4,603,856.87 | $2,727,770.00 | $1,003,300.63 | $785,427.83 |

4)  This case was originally filed under Chapter 7 on October 09, 2009. The case was pending for 77 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/26/2017_____    By: _/s/KENNETH KIRSCHENBAUM_____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| bank accounts | 1129-000 | 23,456.59 |
| misc receipts | 1129-000 | 4,968.00 |
| lease payments - Sovereign | 1129-000 | 120,996.10 |
| lease payments - Navistar | 1121-000 | 2,867.56 |
| Lease payments - unsecured | 1129-000 | 2,224.96 |
| Sale of vehicles - Sovereign | 1129-000 | 80,500.00 |
| 2007 International 4300 (520861) - Sovereign | 1129-000 | 28,000.00 |
| 2007 International 4300 (520853) - No lien | 1129-000 | 25,000.00 |
| 2008 International 4300 (560499) - Sovereign | 1129-000 | 36,000.00 |
| 2007 Mitsubishi FUSO (002330) - Sovereign | 1129-000 | 10,500.00 |
| 2008 Mack Tractor (001939) - Sovereign | 1129-000 | 54,000.00 |
| 2007 Dodge Caravan (162205) - Sovereign | 1129-000 | 7,200.00 |
| 2007 Chrysler Town & Country (198660) Sovereign | 1129-000 | 7,500.00 |
| 2007 Chrysler Town & Country (120233) - no lien | 1129-000 | 8,500.00 |
| 2007 Chrysler Town & Country (155945) Sovereign | 1129-000 | 6,000.00 |
| 2007 Chrysler Town & Country (120235) Sovereign | 1129-000 | 6,000.00 |
| 2007 Chrysler Town & Country (122985) Sovereign | 1129-000 | 5,700.00 |
| 2007 Chrysler Town & Country (229672) Sovereign | 1129-000 | 4,500.00 |
| 2007 International 4300 (406996) Sovereign | 1129-000 | 15,000.00 |
| 2007 International 4300 (520854) Sovereign | 1129-000 | 25,000.00 |
| 2007 International 4300 (520855) - no lien | 1129-000 | 27,000.00 |
| 2007 International 4300 (520852) Sovereign | 1129-000 | 24,000.00 |
| 2007 Dodge Caravan (162203) Sovereign | 1129-000 | 4,200.00 |
| 2007 Chrysler (229674) Sovereign | 1129-000 | 6,700.00 |
| 2007 Chrysler (157329) Sovereign | 1129-000 | 6,200.00 |
| 2007 Chrysler (120239) Sovereign | 1129-000 | 6,700.00 |

| | | | |
|---|---|---|---:|
| Refund from County of Nassau | | 1229-000 | 75.00 |
| 2007 Toyota Rav4 (014441) - no lien | | 1129-000 | 13,500.00 |
| 2007 International (431773) Sovereign | | 1129-000 | 15,469.74 |
| 2007 International (431772) Sovereign | | 1129-000 | 9,653.02 |
| 2006 Peterbilt (644277) Sovereign | | 1129-000 | 10,750.00 |
| 2007 International 4300 (520857) Sovereign | | 1129-000 | 27,000.00 |
| 2007 International 4300 (520859) Sovereign | | 1129-000 | 29,000.00 |
| 2007 HINO (50697) Sovereign | | 1129-000 | 22,000.00 |
| 2007 HINO (51478) Sovereign | | 1129-000 | 24,000.00 |
| 2006 HINO (10834) Sovereign | | 1129-000 | 11,000.00 |
| 2007 Ford (52529) Sovereign | | 1129-000 | 11,700.00 |
| 2008 Ford (31344) Sovereign | | 1129-000 | 17,500.00 |
| 2008 Ford (31345) Sovereign | | 1129-000 | 14,500.00 |
| 2006 HINO (10833) Sovereign | | 1129-000 | 15,500.00 |
| 2007 Ford (40606) Sovereign | | 1129-000 | 15,000.00 |
| Interest Income | | 1270-000 | 66.86 |
| **TOTAL GROSS RECEIPTS** | | | **$785,427.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---:|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 3 | Toyota Motor Credit Corporation | 4210-000 | 79,220.62 | 39,364.39 | 0.00 | 0.00 |
| 11 | Sovereign Bank | 4210-000 | 2,464,168.94 | 1,988,731.67 | 516,429.96 | 516,429.96 |
| 12S | Navistar Financial Corporation | 4210-000 | 515,854.31 | 202,050.00 | 9,756.35 | 9,756.35 |
| NOTFILED | General Electric Capital Corp. | 4110-000 | 235,993.32 | N/A | N/A | 0.00 |
| NOTFILED | Mack Financial Services | 4110-000 | 44,714.19 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 500,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Capital One Equipment Leasing & Finance | 4110-000 | 71,923.48 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| | Navastar Financial Corporation | 4210-000 | N/A | 2,867.56 | 2,867.56 | 2,867.56 |
| | Kenneth Kirschenbaum, Trustee for All Island Truck | 4210-000 | N/A | 1,799.96 | 1,799.96 | 1,799.96 |
| **TOTAL SECURED CLAIMS** | | | **$3,911,874.86** | **$2,234,813.58** | **$530,853.83** | **$530,853.83** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kenneth Kirschenbaum, Trustee | 2100-000 | N/A | 42,521.39 | 42,521.39 | 42,521.39 |
| Kenneth Kirschenbaum, Trustee | 2200-000 | N/A | 420.62 | 420.62 | 420.62 |
| Kirschenbaum & Kirschenbaum, P.C. | 3110-000 | N/A | 22,933.75 | 22,933.75 | 22,933.75 |
| Kirschenbaum & Kirschenbaum, P.C. | 3120-000 | N/A | 873.36 | 873.36 | 873.36 |
| David Chefec, P.C. | 3210-600 | N/A | 291.55 | 291.55 | 291.55 |
| David Chefec, P.C. | 3220-610 | N/A | 325.35 | 325.35 | 325.35 |
| David R. Maltz & Co., Inc. | 3610-000 | N/A | 44,636.00 | 44,636.00 | 44,636.00 |
| David R. Maltz & Co., Inc. | 3620-000 | N/A | 5,084.04 | 5,084.04 | 5,084.04 |
| Mark Rauch | 3731-000 | N/A | 8,383.75 | 8,383.75 | 8,383.75 |
| Hirshfield & Kantor LLP | 3310-000 | N/A | 5,549.58 | 5,549.58 | 5,549.58 |
| Hirshfield & Kantor LLP | 3320-000 | N/A | 55.00 | 55.00 | 55.00 |
| Kirschenbaum & Kirschenbaum, P.C. | 3991-000 | N/A | 750.00 | 750.00 | 750.00 |
| Statewide Auto Auction | 3991-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| Office of the United States Trustee | 2950-000 | N/A | 3,575.00 | 3,575.00 | 3,575.00 |
| New York State Corportation Tax | 2990-000 | N/A | 300.00 | 300.00 | 300.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 297.92 | 297.92 | 297.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 350.51 | 350.51 | 350.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 317.85 | 317.85 | 317.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 287.46 | 287.46 | 287.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 303.62 | 303.62 | 303.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 283.98 | 283.98 | 283.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 301.52 | 301.52 | 301.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 272.61 | 272.61 | 272.61 |
| NYS Dept of Taxation & Finance | 2990-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 281.44 | 281.44 | 281.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 271.46 | 271.46 | 271.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 308.33 | 308.33 | 308.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 270.32 | 270.32 | 270.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 297.69 | 297.69 | 297.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 287.76 | 287.76 | 287.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 259.36 | 259.36 | 259.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 305.09 | 305.09 | 305.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 276.73 | 276.73 | 276.73 |
| Rabobank, N.A. | 2600-000 | N/A | 180.42 | 180.42 | 180.42 |
| Rabobank, N.A. | 2600-000 | N/A | 212.90 | 212.90 | 212.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 180.39 | 180.39 | 180.39 |
| New York State Corporation Tax | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 186.96 | 186.96 | 186.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 206.32 | 206.32 | 206.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 199.57 | 199.57 | 199.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 179.99 | 179.99 | 179.99 |
| Rabobank, N.A. | 2600-000 | N/A | 211.85 | 211.85 | 211.85 |
| Rabobank, N.A. | 2600-000 | N/A | 192.28 | 192.28 | 192.28 |
| Rabobank, N.A. | 2600-000 | N/A | 185.60 | 185.60 | 185.60 |
| Rabobank, N.A. | 2600-000 | N/A | 210.93 | 210.93 | 210.93 |
| Rabobank, N.A. | 2600-000 | N/A | 178.67 | 178.67 | 178.67 |
| Rabobank, N.A. | 2600-000 | N/A | 210.30 | 210.30 | 210.30 |
| Rabobank, N.A. | 2600-000 | N/A | 197.24 | 197.24 | 197.24 |
| Rabobank, N.A. | 2600-000 | N/A | 177.88 | 177.88 | 177.88 |
| Rabobank, N.A. | 2600-000 | N/A | 183.99 | 183.99 | 183.99 |
| Rabobank, N.A. | 2600-000 | N/A | 202.76 | 202.76 | 202.76 |
| Rabobank, N.A. | 2600-000 | N/A | 189.78 | 189.78 | 189.78 |
| Rabobank, N.A. | 2600-000 | N/A | 183.19 | 183.19 | 183.19 |
| Rabobank, N.A. | 2600-000 | N/A | 208.18 | 208.18 | 208.18 |
| Rabobank, N.A. | 2600-000 | N/A | 182.64 | 182.64 | 182.64 |
| Rabobank, N.A. | 2600-000 | N/A | 201.26 | 201.26 | 201.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $157,011.14 | $157,011.14 | $157,011.14 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pryor & Mandelup | 6210-160 | N/A | 35,593.75 | 35,593.75 | 35,593.75 |
| Pryor & Mandelup | 6220-170 | N/A | 1,599.38 | 1,599.38 | 1,599.38 |
| NYS DEPT OF TAX AND FINANCE | 6820-000 | N/A | 11,127.31 | 11,127.31 | 11,127.31 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $48,320.44 | $48,320.44 | $48,320.44 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 4,077.39 | 4,077.39 | 4,077.39 |
| 10P | NYS DEPT OF TAX AND FINANCE | 5800-000 | N/A | 1,366.34 | 0.00 | 0.00 |
| 14P | NYS DEPT OF TAX AND FINANCE | 5800-000 | N/A | 1,155.17 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,598.90 | $4,077.39 | $4,077.39 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlantic States Lubricants Corp. | 7100-000 | 0.00 | 1,985.04 | 1,985.04 | 344.56 |
| 2U | Internal Revenue Service | 7300-000 | N/A | 818.30 | 818.30 | 0.00 |
| 4 | Toyota Motor Credit Corporation | 7100-000 | N/A | 17,688.11 | 0.00 | 0.00 |
| 4 -2 | Toyota Motor Credit Corporation | 7100-000 | N/A | 17,688.11 | 17,688.11 | 3,070.20 |
| 5 | Gulf Oil Limited Partners | 7100-000 | N/A | 2,078.73 | 2,078.73 | 360.81 |
| 6 | K-Line | 7100-000 | N/A | 850.00 | 850.00 | 147.54 |
| 7 | K-Line | 7100-000 | N/A | 85.00 | 85.00 | 14.75 |
| 8 | K-Line | 7100-000 | N/A | 2,295.00 | 2,295.00 | 398.35 |
| 9 | K-Line | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10U | NYS DEPT OF TAX AND FINANCE | 7300-000 | N/A | 50.00 | 0.00 | 0.00 |
| 12U | Navistar Financial Corporation | 7100-000 | N/A | 223,624.19 | 223,624.19 | 38,815.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14U | NYS DEPT OF TAX AND FINANCE | 7300-000 | N/A | 250.00 | 0.00 | 0.00 |
| 15 | Evergreen Shipping Agency | 7100-000 | N/A | 5,700.00 | 5,700.00 | 0.00 |
| 16 | Hapag-Lloyd (America) Inc. | 7100-000 | N/A | 5,900.00 | 5,900.00 | 0.00 |
| NOTFILED | Eveready Auto Shop Supplies Inc. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Empire | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Brake Service Group | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | All Systems Brake Service | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Barnwell House of Tires | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AMX | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | EZ Pass | 7100-000 | 113,477.08 | N/A | N/A | 0.00 |
| NOTFILED | Gulf | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Perfect Health | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Taurus Supply Inc. | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Syosset Truck Sales, Inc. | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Parking Violations Bureau | 7100-000 | 113,477.08 | N/A | N/A | 0.00 |
| NOTFILED | NYS Insurance Fund | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Hess | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | LIPA | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Idearc | 7100-000 | 4,873.69 | N/A | N/A | 0.00 |
| NOTFILED | Aircore Distributors | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | AIICO | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Traffic Violation Bureau | 7100-000 | 113,477.08 | N/A | N/A | 0.00 |
| NOTFILED | Traffic Violation Bureau - Nassau County | 7100-000 | 113,477.08 | N/A | N/A | 0.00 |
| NOTFILED | AES Inc. | 7300-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | ADP Inc. | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | AIICO | 7100-000 | 175,000.00 | N/A | N/A | 0.00 |
| | Clerk, U.S. Bankruptcy Court | 7100-000 | N/A | 2,013.46 | 2,013.46 | 2,013.46 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $691,982.01 | $281,025.94 | $263,037.83 | $45,165.03 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 809-77668 | **Trustee:** (520680)  KENNETH KIRSCHENBAUM |
| **Case Name:** AIT TRUCKING CORP. | **Filed (f) or Converted (c):** 09/02/10 (c) |
| | **§341(a) Meeting Date:** 09/28/10 |
| **Period Ending:** 01/26/17 | **Claims Bar Date:** 06/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   bank accounts | Unknown | Unknown | | 23,456.59 | FA |
| 2   misc receipts | Unknown | Unknown | | 4,968.00 | FA |
| 3   lease payments - Sovereign | Unknown | Unknown | | 120,996.10 | FA |
| 4   lease payments - Navistar | 0.00 | 0.00 | | 2,867.56 | FA |
| 5   Lease payments - unsecured | 0.00 | 50,000.00 | | 2,224.96 | FA |
| 6   Sale of vehicles - Sovereign | 0.00 | 0.00 | | 80,500.00 | FA |
| 7   2007 International 4300 (520861) - Sovereign | 0.00 | 0.00 | | 28,000.00 | FA |
| 8   2007 International 4300 (520853) - No lien | 0.00 | 0.00 | | 25,000.00 | FA |
| 9   2008 International 4300 (560499) - Sovereign | 0.00 | 0.00 | | 36,000.00 | FA |
| 10  2007 Mitsubishi FUSO (002330) - Sovereign | 0.00 | 0.00 | | 10,500.00 | FA |
| 11  2008 Mack Tractor (001939) - Sovereign | 0.00 | 0.00 | | 54,000.00 | FA |
| 12  2007 Dodge Caravan (162205) - Sovereign | 0.00 | 0.00 | | 7,200.00 | FA |
| 13  2007 Chrysler Town & Country (198660) Sovereign | 0.00 | 0.00 | | 7,500.00 | FA |
| 14  2007 Chrysler Town & Country (120233) - no lien | 0.00 | 0.00 | | 8,500.00 | FA |
| 15  2007 Chrysler Town & Country (155945) Sovereign | 0.00 | 0.00 | | 6,000.00 | FA |
| 16  2007 Chrysler Town & Country (120235) Sovereign | 0.00 | 0.00 | | 6,000.00 | FA |
| 17  2007 Chrysler Town & Country (122985) Sovereign | 0.00 | 0.00 | | 5,700.00 | FA |
| 18  2007 Chrysler Town & Country (229672) Sovereign | 0.00 | 0.00 | | 4,500.00 | FA |
| 19  2007 International 4300 (406996) Sovereign | 0.00 | 0.00 | | 15,000.00 | FA |
| 20  2007 International 4300 (520854) Sovereign | 0.00 | 0.00 | | 25,000.00 | FA |
| 21  2007 International 4300 (520855) - no lien | 0.00 | 0.00 | | 27,000.00 | FA |
| 22  2007 International 4300 (520852) Sovereign | 0.00 | 0.00 | | 24,000.00 | FA |
| 23  2007 Dodge Caravan (162203) Sovereign | 0.00 | 0.00 | | 4,200.00 | FA |
| 24  2007 Chrysler (229674) Sovereign | 0.00 | 0.00 | | 6,700.00 | FA |
| 25  2007 Chrysler (157329) Sovereign | 0.00 | 0.00 | | 6,200.00 | FA |
| 26  2007 Chrysler (120239) Sovereign | 0.00 | 0.00 | | 6,700.00 | FA |
| 27  Refund from County of Nassau  (u) | 0.00 | 0.00 | | 75.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 809-77668 | **Trustee:** (520680) KENNETH KIRSCHENBAUM |
| **Case Name:** AIT TRUCKING CORP. | **Filed (f) or Converted (c):** 09/02/10 (c) |
| | **§341(a) Meeting Date:** 09/28/10 |
| **Period Ending:** 01/26/17 | **Claims Bar Date:** 06/02/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | 2007 Toyota Rav4 (014441) - no lien | 0.00 | 0.00 | | 13,500.00 | FA |
| 29 | 2007 International (431773) Sovereign | 0.00 | 0.00 | | 15,469.74 | FA |
| 30 | 2007 International (431772) Sovereign | 0.00 | 0.00 | | 9,653.02 | FA |
| 31 | 2006 Peterbilt (644277) Sovereign | 0.00 | 0.00 | | 10,750.00 | FA |
| 32 | 2007 International 4300 (520857) Sovereign | 0.00 | 0.00 | | 27,000.00 | FA |
| 33 | 2007 International 4300 (520859) Sovereign | 0.00 | 0.00 | | 29,000.00 | FA |
| 34 | 2007 HINO (50697) Sovereign | 0.00 | 0.00 | | 22,000.00 | FA |
| 35 | 2007 HINO (51478) Sovereign | 0.00 | 0.00 | | 24,000.00 | FA |
| 36 | 2006 HINO (10834) Sovereign | 0.00 | 0.00 | | 11,000.00 | FA |
| 37 | 2007 Ford (52529) Sovereign | 0.00 | 0.00 | | 11,700.00 | FA |
| 38 | 2008 Ford (31344) Sovereign | 0.00 | 0.00 | | 17,500.00 | FA |
| 39 | 2008 Ford (31345) Sovereign | 0.00 | 0.00 | | 14,500.00 | FA |
| 40 | 2006 HINO (10833) Sovereign | 0.00 | 0.00 | | 15,500.00 | FA |
| 41 | 2007 Ford (40606) Sovereign | 0.00 | 0.00 | | 15,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 66.86 | FA |
| 42 | **Assets**  **Totals** (Excluding unknown values) | **$0.00** | **$50,000.00** | | **$785,427.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

    bank accounts; truck leases; sales of trucks

**Initial Projected Date Of Final Report (TFR):**   March 31, 2015          **Current Projected Date Of Final Report (TFR):**   March 30, 2015  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 809-77668  
**Case Name:** AIT TRUCKING CORP.

**Taxpayer ID #:** **-***1981  
**Period Ending:** 01/26/17

**Trustee:** KENNETH KIRSCHENBAUM (520680)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******55-65 - Checking Account  
**Blanket Bond:** $77,387,299.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/08/10 | {1} | Citibank - Tax 783 | tax 783 account | | 1129-000 | 549.59 | | 549.59 |
| 09/08/10 | {1} | Citibank - operating account | operating account | | 1129-000 | 22,907.00 | | 23,456.59 |
| 09/08/10 | {2} | FPL Service Corp., Inc | Accounts receivables | | 1129-000 | 97.76 | | 23,554.35 |
| 09/08/10 | {3} | Firebird Freight Services Corp | August lease T6042, T9113, T9121 | | 1129-000 | 1,263.96 | | 24,818.31 |
| 09/22/10 | {3} | MME Entertainment | lease payment | | 1129-000 | 1,704.63 | | 26,522.94 |
| 09/22/10 | | Superior Laundry Services | ACCOUNTS RECEIVABLE | | 1129-000 | 8,212.80 | | 34,735.74 |
| | {3} | | ACCOUNTS RECEIVABLE | 6,412.84 | 1129-000 | | | 34,735.74 |
| | {5} | | ACCOUNTS RECEIVABLE | 1,799.96 | 1129-000 | | | 34,735.74 |
| 09/24/10 | {3} | Young Adult Institute Inc | ACCOUNTS RECEIVABLE | | 1129-000 | 27,667.83 | | 62,403.57 |
| 09/27/10 | {3} | Firebird Freight Services Corp | T6042,9113,9121 | | 1129-000 | 3,736.47 | | 66,140.04 |
| 09/27/10 | {3} | Cargo Logistics LLC | T94060 | | 1129-000 | 425.00 | | 66,565.04 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | | 1270-000 | 0.30 | | 66,565.34 |
| 10/04/10 | {3} | Quick International Courier | lease payment | | 1129-000 | 2,643.15 | | 69,208.49 |
| 10/05/10 | {5} | Cargo Logistics LLC | Lease payments - unsecured | | 1129-000 | 425.00 | | 69,633.49 |
| 10/05/10 | {3} | Firebird Freight Services Corp. | lease payment | | 1129-000 | 2,490.98 | | 72,124.47 |
| 10/05/10 | {3} | Chap A Nosh of Cedarhurst, Inc. | lease payment | | 1129-000 | 2,471.34 | | 74,595.81 |
| 10/06/10 | {6} | Quick International Courier | sale of vehicles | | 1129-000 | 6,500.00 | | 81,095.81 |
| 10/07/10 | {3} | Young Adult Institute, Inc. | lease payment | | 1129-000 | ! 27,667.83 | | 108,763.64 |
| 10/07/10 | {2} | YoungAdult Institute, Inc. | accounts receivables | | 1129-000 | ! 2,752.60 | | 111,516.24 |
| 10/08/10 | {6} | Hub Truck Rental Corp. | sale of vehicles | | 1129-000 | 33,000.00 | | 144,516.24 |
| 10/12/10 | {6} | Chap A Nosh Cedarhurst Inc. | sale of vehicles | | 1129-000 | 26,000.00 | | 170,516.24 |
| 10/15/10 | | MO Trucking Inc | lease payment | | 1129-000 | 4,708.92 | | 175,225.16 |
| | {4} | | | 1,490.40 | 1121-000 | | | 175,225.16 |
| | {3} | | | 3,218.52 | 1129-000 | | | 175,225.16 |
| 10/15/10 | {3} | BRG Logistics Inc | lease payment | | 1129-000 | 1,934.60 | | 177,159.76 |
| 10/20/10 | | To Account #**********5566 | payment to secured party | | 9999-000 | | 2,867.56 | 174,292.20 |
| 10/25/10 | {3} | Century Carriers Inc | lease payment | | 1129-000 | 4,407.98 | | 178,700.18 |
| 10/25/10 | {3} | Century Carriers Inc | lease payment | | 1129-000 | 4,407.98 | | 183,108.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | | 1270-000 | 3.38 | | 183,111.54 |
| 11/11/10 | {3} | BRG Logistics Inc | lease payment | | 1129-000 | 3,095.36 | | 186,206.90 |
| 11/15/10 | {2} | International Warehouse Group Inc | accounts receivables | | 1129-000 | 1,617.64 | | 187,824.54 |
| 11/22/10 | {3} | Young Adult Institute Inc | ACCOUNTS RECEIVABLE | | 1129-000 | 9,515.17 | | 197,339.71 |
| 11/29/10 | | To Account #**********5566 | Payments pursuant to court order | | 9999-000 | | 18,132.52 | 179,207.19 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | | 1270-000 | 4.60 | | 179,211.79 |
| 12/02/10 | {3} | Firebird Freight Services Corp | lease payments | | 1129-000 | 2,375.59 | | 181,587.38 |

|  |  | Subtotals : | $202,587.46 | $21,000.08 |
|---|---|---|---|---|

{} Asset reference(s)                    !-Not printed or not transmitted

Printed: 01/26/2017 11:20 AM    V.13.28

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 809-77668 | | **Trustee:** | KENNETH KIRSCHENBAUM (520680) | | |
| **Case Name:** | AIT TRUCKING CORP. | | **Bank Name:** | The Bank of New York Mellon | | |
| | | | **Account:** | ****.*****55-65 - Checking Account | | |
| **Taxpayer ID #:** | **-***1981 | | **Blanket Bond:** | $77,387,299.00  (per case limit) | | |
| **Period Ending:** | 01/26/17 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/06/10 | {3} | Young Adult Institute Inc | lease payments | 1129-000 | 9,515.17 | | 191,102.55 |
| 12/06/10 | | To Account #*********5566 | payment to secured creditor pursuant to court order | 9999-000 | | 63,327.56 | 127,774.99 |
| 12/13/10 | {7} | Maltz | sale of vehicle | 1129-000 | 28,000.00 | | 155,774.99 |
| 12/13/10 | {8} | Maltz | sale of vehicle | 1129-000 | 25,000.00 | | 180,774.99 |
| 12/13/10 | {9} | Maltz | sale of vehicle | 1129-000 | 36,000.00 | | 216,774.99 |
| 12/13/10 | {10} | Maltz | sale of vehicle | 1129-000 | 10,500.00 | | 227,274.99 |
| 12/13/10 | {17} | Maltz | sale of vehicle | 1129-000 | 5,700.00 | | 232,974.99 |
| 12/13/10 | {16} | Maltz | sale of vehicle | 1129-000 | 6,000.00 | | 238,974.99 |
| 12/13/10 | {15} | Maltz | sale of vehicle | 1129-000 | 6,000.00 | | 244,974.99 |
| 12/13/10 | {14} | Maltz | sale of vehicle | 1129-000 | 8,500.00 | | 253,474.99 |
| 12/13/10 | {13} | Maltz | sale of vehicle | 1129-000 | 7,500.00 | | 260,974.99 |
| 12/13/10 | {12} | Maltz | sale of vehicle | 1129-000 | 7,200.00 | | 268,174.99 |
| 12/13/10 | {11} | Maltz | sale of vehicle | 1129-000 | 54,000.00 | | 322,174.99 |
| 12/13/10 | {19} | Maltz | sale of vehicle | 1129-000 | 15,000.00 | | 337,174.99 |
| 12/13/10 | {18} | Maltz | sale of vehicle | 1129-000 | 4,500.00 | | 341,674.99 |
| 12/20/10 | | To Account #*********5566 | payment to auctioneer pursuant to court order | 9999-000 | | 3,335.00 | 338,339.99 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.36 | | 338,346.35 |
| 01/03/11 | {6} | BRG Logistics | Sale of vehicle | 1129-000 | 15,000.00 | | 353,346.35 |
| 01/04/11 | {26} | David R. Maltz | sale of vehicle | 1129-000 | 6,700.00 | | 360,046.35 |
| 01/04/11 | {20} | David R. Maltz | sale of vehicle | 1129-000 | 25,000.00 | | 385,046.35 |
| 01/04/11 | {21} | David R. Maltz | sale of vehicle | 1129-000 | 27,000.00 | | 412,046.35 |
| 01/04/11 | {22} | David R. Maltz | sale of vehicle | 1129-000 | 24,000.00 | | 436,046.35 |
| 01/04/11 | {23} | David R. Maltz | sale of vehicle | 1129-000 | 4,200.00 | | 440,246.35 |
| 01/04/11 | {24} | David R. Maltz | sale of vehicle | 1129-000 | 6,700.00 | | 446,946.35 |
| 01/04/11 | {25} | David R. Mltz | sale of vehicle | 1129-000 | 6,200.00 | | 453,146.35 |
| 01/11/11 | {27} | The County of Nassau | refund from nassau county | 1229-000 | 75.00 | | 453,221.35 |
| 01/13/11 | | To Account #*********5566 | Statewide Expenses | 9999-000 | | 3,610.00 | 449,611.35 |
| 01/19/11 | {28} | Maltz | DEPOSIT ON SALE OF VEHICLE | 1129-000 | 13,500.00 | | 463,111.35 |
| 01/27/11 | | To Account #*********5566 | Payment to auctioneer | 9999-000 | | 570.00 | 462,541.35 |
| 01/31/11 | | Century Carriers Inc | sale of vehicles | | 35,872.76 | | 498,414.11 |
| | {29} | | DEPOSIT ON SALE OF VEHICLE    15,469.74 | 1129-000 | | | 498,414.11 |
| | {30} | | 9,653.02 | 1129-000 | | | 498,414.11 |
| | {31} | | 10,750.00 | 1129-000 | | | 498,414.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 11.01 | | 498,425.12 |
| 01/31/11 | | To Account #*********5566 | Adminsitrative payments pursuant to court | 9999-000 | | 204,901.29 | 293,523.83 |

Subtotals :  $387,680.30    $275,743.85

{} Asset reference(s)

Printed: 01/26/2017 11:20 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 809-77668 | **Trustee:** KENNETH KIRSCHENBAUM (520680) |
| **Case Name:** AIT TRUCKING CORP. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******55-65 - Checking Account |
| **Taxpayer ID #:** **-***1981 | **Blanket Bond:** $77,387,299.00  (per case limit) |
| **Period Ending:** 01/26/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | order | | | | |
| 02/14/11 | {32} | Maltz | sale of vehicle | 1129-000 | 27,000.00 | | 320,523.83 |
| 02/14/11 | {33} | Maltz | sale of vehicle | 1129-000 | 29,000.00 | | 349,523.83 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.09 | | 349,530.92 |
| 02/28/11 | | To Account #*********5566 | Payment to auctioneer | 9999-000 | | 1,075.00 | 348,455.92 |
| 03/09/11 | {34} | Maltz | sale of vehicle | 1129-000 | 22,000.00 | | 370,455.92 |
| 03/09/11 | {35} | Maltz | sale of vehicle | 1129-000 | 24,000.00 | | 394,455.92 |
| 03/09/11 | {36} | Maltz | sale of vehicle | 1129-000 | 11,000.00 | | 405,455.92 |
| 03/16/11 | | To Account #*********5566 | NYS corporation tax | 9999-000 | | 300.00 | 405,155.92 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 9.71 | | 405,165.63 |
| 03/31/11 | | To Account #*********5566 | Payment to secured creditor | 9999-000 | | 9,756.35 | 395,409.28 |
| 04/08/11 | | To Account #*********5566 | Payment to auctioneer | 9999-000 | | 905.00 | 394,504.28 |
| 04/26/11 | | To Account #*********5566 | Adminsitrative payments pursuant to court<br>order | 9999-000 | | 236,672.76 | 157,831.52 |
| 04/28/11 | {3} | Young Adult Institute Inc | ACCOUNTS RECEIVABLE | 1129-000 | 6,041.70 | | 163,873.22 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.75 | | 163,881.97 |
| 05/10/11 | {37} | Maltz | sale of vehicle | 1129-000 | 11,700.00 | | 175,581.97 |
| 05/10/11 | {39} | Maltz | sale of vehicle | 1129-000 | 14,500.00 | | 190,081.97 |
| 05/10/11 | {41} | Maltz | sale of vehicle | 1129-000 | 15,000.00 | | 205,081.97 |
| 05/10/11 | {40} | Matlz | sale of vehicle | 1129-000 | 15,500.00 | | 220,581.97 |
| 05/10/11 | {38} | Maltz | sale of vehicle | 1129-000 | 17,500.00 | | 238,081.97 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.14 | | 238,087.11 |
| 06/15/11 | | To Account #*********5566 | Payment to auctioneer | 9999-000 | | 2,505.00 | 235,582.11 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.94 | | 235,584.05 |
| 07/01/11 | | To Account #*********5566 | Administrative payments pursuant to court<br>order | 9999-000 | | 80,241.70 | 155,342.35 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.31 | | 155,343.66 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 297.92 | 155,045.74 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.31 | | 155,047.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 361.15 | 154,685.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -10.64 | 154,696.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.27 | | 154,697.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 317.85 | 154,379.96 |
| 10/10/11 | | To Account #*********5566 | Auctioneer expenses | 9999-000 | | 1,558.73 | 152,821.23 |
| 10/10/11 | | To Account #*********5566 | Auctioneer fees | 9999-000 | | 14,000.00 | 138,821.23 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.22 | | 138,822.45 |

| | | Subtotals : | $193,279.44 | $347,980.82 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 01/26/2017 11:20 AM    V.13.28

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 809-77668 | Trustee: | KENNETH KIRSCHENBAUM (520680) |
|---|---|---|---|
| Case Name: | AIT TRUCKING CORP. | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******55-65 - Checking Account |
| Taxpayer ID #: | **-***1981 | Blanket Bond: | $77,387,299.00  (per case limit) |
| Period Ending: | 01/26/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 287.46 | 138,534.99 |
| 11/03/11 | | To Account #*********5566 | | 9999-000 | | 25.00 | 138,509.99 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.13 | | 138,511.12 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 303.62 | 138,207.50 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.17 | | 138,208.67 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 283.98 | 137,924.69 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.17 | | 137,925.86 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 301.52 | 137,624.34 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 272.61 | 137,351.73 |
| 03/14/12 | 1001 | NYS Dept of Taxation & Finance | Payment Voucher for E-Filed Corporation Tax<br>Returns and Extensions | 2990-000 | | 25.00 | 137,326.73 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 281.44 | 137,045.29 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 271.46 | 136,773.83 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 308.33 | 136,465.50 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 270.32 | 136,195.18 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 297.69 | 135,897.49 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 287.76 | 135,609.73 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 259.36 | 135,350.37 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 305.09 | 135,045.28 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 276.73 | 134,768.55 |
| 12/20/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001052068088<br>20121220 | 9999-000 | | 134,768.55 | 0.00 |

|  | | | ACCOUNT TOTALS | | 783,550.67 | 783,550.67 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 778,552.02 | |
| | | | **Subtotal** | | **783,550.67** | **4,998.65** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$783,550.67** | **$4,998.65** | |

Exhibit 9

# Form 2
Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 809-77668 | | Trustee: | KENNETH KIRSCHENBAUM (520680) |
| Case Name: | AIT TRUCKING CORP. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-*****55-66 - Checking Account |
| Taxpayer ID #: | **-***1981 | | Blanket Bond: | $77,387,299.00  (per case limit) |
| Period Ending: | 01/26/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/20/10 | | From Account #**********5565 | payment to secured party | 9999-000 | 2,867.56 | | 2,867.56 |
| 10/20/10 | 101 | Navastar Financial Corporation | Navastar Cash Collateral | 4210-000 | | 2,867.56 | 0.00 |
| 11/29/10 | | From Account #**********5565 | Payments pursuant to court order | 9999-000 | 18,132.52 | | 18,132.52 |
| 11/29/10 | 102 | Kenneth Kirschenbaum, Trustee | Trustee compensation | 2100-000 | | 7,698.00 | 10,434.52 |
| 11/29/10 | 103 | Kirschenbaum & Kirschenbaum, P.C. | Payment pursuant to court order | 3110-000 | | 2,532.50 | 7,902.02 |
| 11/29/10 | 104 | Kirschenbaum & Kirschenbaum, P.C. | Trustee's legal fees | 3120-000 | | 330.77 | 7,571.25 |
| 11/29/10 | 105 | Kirschenbaum & Kirschenbaum, P.C. | Rent paid to Kirschenbaum & Kirschenbaum | 3991-000 | | 750.00 | 6,821.25 |
| 11/29/10 | 106 | Mark Rauch | Payment pursuant to court order | 3731-000 | | 6,821.25 | 0.00 |
| 12/06/10 | | From Account #**********5565 | payment to secured creditor pursuant to court order | 9999-000 | 63,327.56 | | 63,327.56 |
| 12/06/10 | 107 | Sovereign Bank | payment to secured party pursuant to court order | 4210-000 | | 63,327.56 | 0.00 |
| 12/20/10 | | From Account #**********5565 | payment to auctioneer pursuant to court order | 9999-000 | 3,335.00 | | 3,335.00 |
| 12/20/10 | 108 | Statewide Auto Auction, Inc. | Vehicle Storage pursuant to court order | 3991-000 | | 3,335.00 | 0.00 |
| 01/13/11 | | From Account #**********5565 | Statewide Expenses | 9999-000 | 3,610.00 | | 3,610.00 |
| 01/13/11 | 109 | Statewide Auto Auction, Inc. | Payment to auctioneer | 3991-000 | | 3,610.00 | 0.00 |
| 01/27/11 | | From Account #**********5565 | Payment to auctioneer | 9999-000 | 570.00 | | 570.00 |
| 01/27/11 | 110 | Statewide Auto Auction, Inc. | Vehicle Storage pursuant to court order | 3991-000 | | 570.00 | 0.00 |
| 01/31/11 | | From Account #**********5565 | Adminsitrative payments pursuant to court order | 9999-000 | 204,901.29 | | 204,901.29 |
| 01/31/11 | 111 | Kenneth Kirschenbaum, Trustee | Trustee compensation | 2100-000 | | 10,245.06 | 194,656.23 |
| 01/31/11 | 112 | Kirschenbaum & Kirschenbaum, P.C. | Trustee's legal fees | 3110-000 | | 1,511.25 | 193,144.98 |
| 01/31/11 | 113 | Mark Rauch | Trustee's consultant fees | 3731-000 | | 1,562.50 | 191,582.48 |
| 01/31/11 | 114 | Sovereign Bank | payment to secured party pursuant to court order | 4210-000 | | 191,582.48 | 0.00 |
| 02/28/11 | | From Account #**********5565 | Payment to auctioneer | 9999-000 | 1,075.00 | | 1,075.00 |
| 02/28/11 | 115 | Statewide Auto Auction, Inc. | Vehicle Storage pursuant to court order | 3991-000 | | 1,075.00 | 0.00 |
| 03/16/11 | | From Account #**********5565 | NYS corporation tax | 9999-000 | 300.00 | | 300.00 |
| 03/16/11 | 116 | New York State Corportation Tax | NYS corporation tax | 2990-000 | | 300.00 | 0.00 |
| 03/31/11 | | From Account #**********5565 | Payment to secured creditor | 9999-000 | 9,756.35 | | 9,756.35 |
| 03/31/11 | 117 | Navistar Financial Corporation | Payment to secured creditor | 4210-000 | | 9,756.35 | 0.00 |
| 04/08/11 | | From Account #**********5565 | Payment to auctioneer | 9999-000 | 905.00 | | 905.00 |
| 04/08/11 | 118 | Statewide Auto Auction, Inc. | Vehicle Storage pursuant to court order | 3991-000 | | 905.00 | 0.00 |

| | | Subtotals : | $308,780.28 | $308,780.28 |

{} Asset reference(s)

Printed: 01/26/2017 11:20 AM    V.13.28

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 809-77668 | | | **Trustee:** KENNETH KIRSCHENBAUM (520680) | | | |
| **Case Name:** AIT TRUCKING CORP. | | | **Bank Name:** The Bank of New York Mellon | | | |
| | | | **Account:** ****-******55-66 - Checking Account | | | |
| **Taxpayer ID #:** **-***1981 | | | **Blanket Bond:** $77,387,299.00  (per case limit) | | | |
| **Period Ending:** 01/26/17 | | | **Separate Bond:** N/A | | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/11 | | From Account #*********5565 | Adminsitrative payments pursuant to court order | 9999-000 | 236,672.76 | | 236,672.76 |
| 04/26/11 | 119 | Kenneth Kirschenbaum, Trustee | Trustee compensation | 2100-000 | | 11,833.64 | 224,839.12 |
| 04/26/11 | 120 | Kirschenbaum & Kirschenbaum, P.C. | Trustee's legal fees | 3110-000 | | 3,770.00 | 221,069.12 |
| 04/26/11 | 121 | David R. Maltz & Co., Inc. | Auctioneer fees | 3610-000 | | 30,578.00 | 190,491.12 |
| 04/26/11 | 122 | David R. Maltz & Co., Inc. | Auctioneer expenses | 3620-000 | | 3,583.31 | 186,907.81 |
| 04/26/11 | 123 | Sovereign Bank | Payment to secured creditor | 4210-000 | | 186,907.81 | 0.00 |
| 06/15/11 | | From Account #*********5565 | Payment to auctioneer | 9999-000 | 2,505.00 | | 2,505.00 |
| 06/15/11 | 124 | Statewide Auto Auction, Inc. | Vehicle Storage pursuant to court order | 3991-000 | | 2,505.00 | 0.00 |
| 07/01/11 | | From Account #*********5565 | Administrative payments pursuant to court order | 9999-000 | 80,241.70 | | 80,241.70 |
| 07/01/11 | 125 | Kenneth Kirschenbaum, Trustee | Trustee compensation | 2100-000 | | 4,012.09 | 76,229.61 |
| 07/01/11 | 126 | Kirschenbaum & Kirschenbaum, P.C. | Trustee's legal fees | 3110-000 | | 1,617.50 | 74,612.11 |
| 07/01/11 | 127 | Sovereign Bank | Payment to secured creditor | 4210-000 | | 74,612.11 | 0.00 |
| 10/10/11 | | From Account #*********5565 | Auctioneer expenses | 9999-000 | 1,558.73 | | 1,558.73 |
| 10/10/11 | | From Account #*********5565 | Auctioneer fees | 9999-000 | 14,000.00 | | 15,558.73 |
| 10/10/11 | 128 | David R. Maltz & Co., Inc. | order dated 10/6/11 | 3610-000 | | 14,058.00 | 1,500.73 |
| 10/10/11 | 129 | David R. Maltz & Co., Inc. | order dated 10/6/11 | 3620-000 | | 1,500.73 | 0.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 11/03/11 | | From Account #*********5565 | | 9999-000 | 25.00 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 643,783.47 | 643,783.47 | $0.00 |
| | Less: Bank Transfers | | 643,783.47 | 0.00 | |
| | **Subtotal** | | 0.00 | 643,783.47 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$643,783.47** | |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 809-77668 | | | **Trustee:** KENNETH KIRSCHENBAUM (520680) | | | |
| **Case Name:** AIT TRUCKING CORP. | | | **Bank Name:** Rabobank, N.A. | | | |
| | | | **Account:** ******2366 - Checking Account | | | |
| **Taxpayer ID #:** **-***1981 | | | **Blanket Bond:** $77,387,299.00  (per case limit) | | | |
| **Period Ending:** 01/26/17 | | | **Separate Bond:** N/A | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Checking<br>Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 134,768.55 | | 134,768.55 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.42 | 134,588.13 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.90 | 134,375.23 |
| 02/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 180.39 | 134,194.84 |
| 03/11/13 | {2} | David Chefec | Collection for accounts receivables | 1129-000 | 500.00 | | 134,694.84 |
| 03/15/13 | 11002 | New York State Corporation Tax | EIN: 20-8421981; 2012 CT-5.4 | 2820-000 | | 25.00 | 134,669.84 |
| 03/29/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 186.96 | 134,482.88 |
| 04/30/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 206.32 | 134,276.56 |
| 05/31/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 199.57 | 134,076.99 |
| 06/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 179.99 | 133,897.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.85 | 133,685.15 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.28 | 133,492.87 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.60 | 133,307.27 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.93 | 133,096.34 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.67 | 132,917.67 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.30 | 132,707.37 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.24 | 132,510.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.88 | 132,332.25 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.99 | 132,148.26 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.76 | 131,945.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.78 | 131,755.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.19 | 131,572.53 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.18 | 131,364.35 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.64 | 131,181.71 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.26 | 130,980.45 |
| 12/03/14 | {4} | All Island | Navistar Collateral | 1121-000 | 1,377.16 | | 132,357.61 |
| 12/03/14 | 11003 | Kenneth Kirschenbaum, Trustee for All Island Truck Leasing | Navistar Collateral | 4210-000 | | 1,799.96 | 130,557.65 |
| 07/26/16 | 11004 | Kenneth Kirschenbaum | Dividend paid 100.00% on $42,521.39, Trustee Compensation;  Reference: | 2100-000 | | 8,732.60 | 121,825.05 |
| 07/26/16 | 11005 | Kenneth Kirschenbaum | Dividend paid 100.00% on $420.62, Trustee Expenses;  Reference: | 2200-000 | | 420.62 | 121,404.43 |
| 07/26/16 | 11006 | Kirschenbaum & Kirschenbaum, | Dividend paid 100.00% on $22,933.75, | 3110-000 | | 13,502.50 | 107,901.93 |

| | Subtotals : | $136,645.71 | $28,743.78 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 809-77668
**Case Name:** AIT TRUCKING CORP.

**Taxpayer ID #:** **-***1981
**Period Ending:** 01/26/17

**Trustee:** KENNETH KIRSCHENBAUM (520680)
**Bank Name:** Rabobank, N.A.
**Account:** ******2366 - Checking Account
**Blanket Bond:** $77,387,299.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | P.C. | Attorney for Trustee Fees (Trustee Firm); Reference: | | | | |
| 07/26/16 | 11007 | Kirschenbaum & Kirschenbaum, P.C. | Dividend paid 100.00% on $873.36, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 542.59 | 107,359.34 |
| 07/26/16 | 11008 | David Chefec, P.C. | Dividend paid 100.00% on $291.55, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 291.55 | 107,067.79 |
| 07/26/16 | 11009 | David Chefec, P.C. | Dividend paid 100.00% on $325.35, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 325.35 | 106,742.44 |
| 07/26/16 | 11010 | Hirshfield & Kantor LLP | Dividend paid 100.00% on $5,549.58, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 5,549.58 | 101,192.86 |
| 07/26/16 | 11011 | Hirshfield & Kantor LLP | Dividend paid 100.00% on $55.00, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 55.00 | 101,137.86 |
| 07/26/16 | 11012 | Office of the United States Trustee | Dividend paid 100.00% on $3,575.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 3,575.00 | 97,562.86 |
| 07/26/16 | 11013 | Pryor & Mandelup | Dividend paid 100.00% on $35,593.75, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 35,593.75 | 61,969.11 |
| 07/26/16 | 11014 | Pryor & Mandelup | Dividend paid 100.00% on $1,599.38, Attorney for D-I-P Expenses (Chapter 11);  Reference: | 6220-170 | | 1,599.38 | 60,369.73 |
| 07/26/16 | 11015 | NYS DEPT OF TAX AND FINANCE | Dividend paid 100.00% on $11,127.31, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 11,127.31 | 49,242.42 |
| 07/26/16 | 11016 | Internal Revenue Service | paid 100.00% on $4,077.39; Claim# 2P; Filed: $4,077.39; Reference: | 5800-000 | | 4,077.39 | 45,165.03 |
| 07/26/16 | 11017 | Atlantic States Lubricants Corp. | paid  17.35% on $1,985.04; Claim# 1; Filed: $1,985.04; Reference: | 7100-000 | | 344.56 | 44,820.47 |
| 07/26/16 | 11018 | Toyota Motor Credit Corporation | paid  17.35% on $17,688.11; Claim# 4 -2; Filed: $17,688.11; Reference: | 7100-000 | | 3,070.20 | 41,750.27 |
| 07/26/16 | 11019 | Gulf Oil Limited Partners | paid  17.35% on $2,078.73; Claim# 5; Filed: $2,078.73; Reference: | 7100-000 | | 360.81 | 41,389.46 |
| 07/26/16 | 11020 | K-Line | paid  17.35% on $850.00; Claim# 6; Filed: $850.00; Reference: | 7100-000 | | 147.54 | 41,241.92 |
| 07/26/16 | 11021 | K-Line | paid  17.35% on $85.00; Claim# 7; Filed: $85.00; Reference: | 7100-000 | | 14.75 | 41,227.17 |
| 07/26/16 | 11022 | K-Line | paid  17.35% on $2,295.00; Claim# 8; Filed: $2,295.00; Reference: | 7100-000 | | 398.35 | 40,828.82 |

Subtotals :        $0.00        $67,073.11

{} Asset reference(s)

Printed: 01/26/2017 11:20 AM     V.13.28

Exhibit 9

Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 809-77668 |
| **Case Name:** | AIT TRUCKING CORP. |
| **Taxpayer ID #:** | **-***1981 |
| **Period Ending:** | 01/26/17 |

| | |
|---|---|
| **Trustee:** | KENNETH KIRSCHENBAUM (520680) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2366 - Checking Account |
| **Blanket Bond:** | $77,387,299.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/26/16 | 11023 | Navistar Financial Corporation | paid 17.35% on $223,624.19; Claim# 12U; Filed: $223,624.19; Reference: | 7100-000 | | 38,815.36 | 2,013.46 |
| 07/26/16 | 11024 | Evergreen Shipping Agency | paid 17.35% on $5,700.00; Claim# 15; Filed: $5,700.00; Reference: Stopped on 12/06/16 | 7100-000 | | 989.37 | 1,024.09 |
| 07/26/16 | 11025 | Hapag-Lloyd (America) Inc. | paid 17.35% on $5,900.00; Claim# 16; Filed: $5,900.00; Reference: Stopped on 12/06/16 | 7100-000 | | 1,024.09 | 0.00 |
| 12/06/16 | 11024 | Evergreen Shipping Agency | paid 17.35% on $5,700.00; Claim# 15; Filed: $5,700.00; Reference: Stopped: check issued on 07/26/16 | 7100-000 | | -989.37 | 989.37 |
| 12/06/16 | 11025 | Hapag-Lloyd (America) Inc. | paid 17.35% on $5,900.00; Claim# 16; Filed: $5,900.00; Reference: Stopped: check issued on 07/26/16 | 7100-000 | | -1,024.09 | 2,013.46 |
| 12/06/16 | 11026 | Clerk, U.S. Bankruptcy Court | Unclaimed dividends | 7100-000 | | 2,013.46 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 136,645.71 | 136,645.71 | **$0.00** |
| Less: Bank Transfers | 134,768.55 | 0.00 | |
| **Subtotal** | 1,877.16 | 136,645.71 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,877.16** | **$136,645.71** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******55-65** | 783,550.67 | 4,998.65 | 0.00 |
| **Checking # ****-******55-66** | 0.00 | 643,783.47 | 0.00 |
| **Checking # ******2366** | 1,877.16 | 136,645.71 | 0.00 |
| | $785,427.83 | $785,427.83 | $0.00 |